UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGO VELASQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MONARCH RECOVERY MANAGMENT. <br><br> Defendant, | 12 CV 1619 JS-ETB <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff HUGO VELASQUEZ and the Defendant, MONARCH RECOVERY MANAGEMENT that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 14TH, 2012

By: _____
M. Harvey Rephen (3384)
Attorney's for Plaintiff
708 Third Avenue, 6th Floor
New York, NY 10017
Tel: (212) 796-0930
Fax: (212) 330-7582

_____
Kevin Barry McHugh
Attorney for Defendant
Law Offices of Edward Garfinkel
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
718-250-1123

SO ORDERED:
E. Thomas Boyle, Magistrate Judge

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 9-20-12
Central Islip, NY

31038173v1 50864